```
             UNITED STATES DISTRICT COURT
          SOUTHERN DISTRICT OF WEST VIRGINIA
                     AT CHARLESTON
```

**UNITED STATES OF AMERICA, et al.,**

        Plaintiffs,

v.                                  Civil Action No. 2:14-cv-11609

**ALPHA NATURAL RESOURCES, INC., et al.,**

        Defendants.

## MEMORANDUM OPINION

By a separate joint stipulation and order presented by the parties and entered this day, the court has ordered that the consent decree presented by the parties and previously entered by the court in this matter, as heretofore amended, is terminated.  <u>See</u> ECF No. 11; ECF No. 13; ECF No. 16.  In so doing, the court notes its agreement with the parties that such termination is appropriate as to all the remaining defendants – notwithstanding that one of them, Brooks Run Mining, LLC ("Brooks Run"), may still be otherwise subject to the terms of the consent decree absent its termination – inasmuch as Brooks Run is now subject to a separate consent order entered into with Plaintiff West Virginia Department of Environmental Protection, <u>see</u> ECF No. 19-1.

The Clerk is directed to transmit copies of this memorandum opinion to all counsel of record and any unrepresented parties.

ENTER: January 29, 2021

_____
John T. Copenhaver, Jr.
Senior United States District Judge